IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TEDDIE WILLIAMS, Individually and as
Parent and Next Friend of Rainan Samayoa;
RAINAN SAMAYOA, a Mentally Challenged
Person and MARIA CONTRARAS,
Conservator & Guardian of Rainan Samayoa,

      Plaintiffs,

vs.                                                                  No. CIV 13-0479 JB/WPL

BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, a Body
Corporate of the State of New Mexico, for Itself
and Its Public Operations Including the
UNIVERSITY OF NEW MEXICO HEALTH
SCIENCES CENTER and Its Components, the
UNIVERSITY OF NEW MEXICO SCHOOL
OF MEDICINE, UNIVERSITY OF NEW
MEXICO BEHAVIORAL HEALTH
PROGRAMS, UNIVERSITY OF NEW
MEXICO PSYCHIATRIC CENTER and
CORRECTIONAL HEALTHCARE
COMPANIES, INC., a Foreign Corporation,

      Defendants.

## ORDER[1]

**THIS MATTER** comes before the Court on Correctional Healthcare Companies and Board of Regents of the University of New Mexico's Joint Motion to Extend Expert Witness Disclosure Deadlines, filed May 13, 2014 (Doc. 110)("Motion").  The Court held a hearing on July 7, 2014.  For the reasons stated at the hearing, the Court grants the Motion in part and denies it in part.

---

[1]This Order disposes of Correctional Healthcare Companies and Board of Regents of the University of New Mexico's Joint Motion to Extend Expert Witness Disclosure Deadlines, filed May 13, 2014 (Doc. 110).  The Court may, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

**IT IS ORDERED** that Correctional Healthcare Companies and Board of Regents of the University of New Mexico's Joint Motion to Extend Expert Witness Disclosure Deadlines, filed May 13, 2014 (Doc. 110), is granted in part and denied in part.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Elias Barela
Los Lunas, New Mexico

    *Attorney for the Plaintiffs*

Henry F. Narvaez
Narvaez Law Firm, PA
Albuquerque, New Mexico

--and--

Bryan C. Garcia
Garcia Law Group
Albuquerque, New Mexico

    *Attorneys for Defendants Board of Regents of the University of New Mexico, University of New Mexico Health Sciences Center, University of New Mexico School of Medicine, University of New Mexico Hospital Behavioral Health Programs, and the University of New Mexico Psychiatric Center*

Alfred A. Park
Lawrence M. Marcus
Park & Associates, LLC
Albuquerque, New Mexico

    *Attorneys for Defendant Correctional Healthcare Companies, Inc.*

Alysan Booth Collins
Collins & Collins, PC
Albuquerque, New Mexico

    *Guardian ad Litem*